IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DENAK DEPOCULUK VE<br>NAKLIYECILIK A.S.,<br><br>                    Defendant. | Civil No. 14-7336 (JEI/JS) |

### AMENDED SCHEDULING ORDER

IT IS this **29th** day of **September, 2015,** hereby **ORDERED:**

    1.    Pretrial factual discovery is hereby extended to **November 30, 2015.**

    2.    All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendant no later than **December 30, 2015.**  All expert reports and expert disclosures pursuant to Fed. R. CIV. P. 26(a)(2) on behalf of defendant shall be served upon counsel for plaintiff no later than **February 29, 2016.**    Each such report should be accompanied by the curriculum vitae of the proposed expert witness. Depositions of expert witnesses shall be concluded by **March 31, 2016.**

    3.    **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **April 15, 2016,** in accordance with the applicable Federal and Local Rules of Civil Procedure.

    4.    The Final Pretrial Conference previously set on February 18, 2016 is **postponed.**

    5.    It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order.  The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/sites/njd/files/pretrialorder%20camden.pdf. The Joint Final Pretrial Order signed by all counsel shall be delivered to the Court **three (3) days before** the in-person Final Pretrial Conference to be held on **May 19, 2016 at 2:00 p.m.** The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **April 18, 2016.**  Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than **May 2, 2016.**

2

**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

6. If a dispositive motion is filed by the Court Ordered deadline, the Final Pretrial Conference shall be deemed postponed, and will be rescheduled, if necessary, after the motion is decided.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** FED. R. CIV. P. 16(f).

                                  s/ Joel Schneider
                                  JOEL SCHNEIDER
                                  United States Magistrate Judge